Kevin BEHRMAN, Appellant,

v.

Donald Lee POSTON and Consumers
Insurance, Respondents.

No. WD 75457.

Missouri Court of Appeals,
Western District.

Sept. 10, 2013.

Motion for Rehearing and/or Transfer
to the Supreme Court Denied
Oct. 29, 2013.

Application for Transfer Denied
Dec. 24, 2013.

Joseph M. Backer, Independence, MO,
for appellant.

Ann P. Hagan, Mexico, MO, for respon-
dents.

Before Division Two: THOMAS H.
NEWTON, Presiding Judge, KAREN
KING MITCHELL, Judge and GARY D.
WITT, Judge.

### ORDER

PER CURIAM:

Kevin Behrman appeals the grant of
summary judgment in favor of Donald Lee
Poston ("Poston") and Consumers Insur-
ance Company ("Consumers"). Behrman
contends that summary judgment was im-
proper because there was a genuine factu-
al dispute as to whether Poston made
fraudulent and/or negligent misrepresenta-
tions to Behrman in negotiating an insur-
ance claim. We affirm. Rule 84.16(b). A
memorandum fully explaining our decision
has been provided to the parties.